```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS


TOWN OF ACTON, et al.,           )
                                 )
        Plaintiffs,              )   CIVIL ACTION NO.
                                 )   13-12376-DPW
                                 )
        v.                       )
                                 )
W.R. GRACE & CO. -CONN.,         )
TECHNOLOGIES, INC.,              )
                                 )
        Defendant,               )
                                 )
    and                          )
                                 )
UNITED STATES OF AMERICA,        )
                                 )
        Intervenor Defendant.    )
```

## **JUDGMENT OF DISMISSAL**

WOODLOCK, District Judge

In accordance with this Court's Memorandum and Order dated September 22, 2014, granting the defendants' motions to dismiss (Dkt. Nos. 21 and 24), it is hereby ORDERED that the above-entitled action be and hereby is DISMISSED in its entirety.

                                    BY THE COURT,


                                    /s/ Jarrett Lovett
                                    Deputy Clerk

DATED: September 25, 2014